UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>SON HOANG,<br><br>              Plaintiff/Petitioner. | Case No. 20-cv-03618-EMC<br><br>**ORDER OF DISMISSAL**<br><br>Docket No. 1 |

This action was opened on June 1, 2020, when the Court received from Son Hoang a letter complaining about a disciplinary decision that he anticipated would extend his stay in prison. On that date, the Court notified Mr. Hoang in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The Court further notified Mr. Hoang that this action would be dismissed if he did not submit a complaint or petition within thirty days. Mr. Hoang has failed to provide the Court with either a complaint or petition and the deadline to do so has passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 11, 2020

_____
EDWARD M. CHEN
United States District Judge