UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>SON HOANG,<br><br>    Plaintiff/Petitioner. | Case No. 20-cv-03618-EMC<br><br>**JUDGMENT** |

This action is dismissed without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 11, 2020

_____
EDWARD M. CHEN
United States District Judge